ACCEPTED
05-15-01532-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/28/2015 2:55:43 PM
LISA MATZ
CLERK

NO. 05-15-01532-CR

| | | |
|---|---|---|
| JERMEL LEWIS | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FIFTH DISTRICT OF TEXAS |
| | § | |
| THE STATE OF TEXAS | § | AT DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/28/2015 2:55:43 PM
LISA MATZ
Clerk

## DOCKETING STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Tex. R. App. Proc. 32.2, Appellant, JERMEL LEWIS, hereby files this, his docketing statment.

a.　Appellant, JERMEL LEWIS, is represented by counsel as follows:

TIFANEE BAKER
Attorney at Law
306 East Randol Mill Rd #160
Arlington, Texas 76011
SBN 24063565
Phone 214-935-1439
Fax 214-935-1439

b.　The Written Notice of Appeal was filed with the Dallas County Clerk on November 18, 2015.

c.　Peggy Hoffman
Presiding Judge, County Criminal Court 9
Dallas County, Texas.

d.　Sentence was imposed on October 20, 2015.

e.　A Motion for New Trial was filed on November 18, 2015.

f.　Appellant was charged with False Report PO. The date said violation was alleged to occur was on or about January 17, 2014.

g.　Defendant/Appellant, JERMEL LEWIS, entered a plea of not guilty.

h.　Appellant's case was tried before the Court.

i.　Appellant was assessed a punishment of one hundred twenty (120) days

confinement probated for twelve (12) months and a one thousand dollar ($1000) fine.

j.  This appeal is for matters occurring during trial.

k.  The appeal does not involve the validity of a statute, ordinance, or rule.

l.  A reporter's record will be requested by Appellant.

m.  The Court Reporter is Sandra Moreland, Official Court Reporter for the County Criminal Court No. 9 of Dallas County, Texas.

n.  Appellant was not found to be indigent prior to Counsel's appointment as counsel.

Respectfully submitted,

*Tifanee Baker*

TIFANEE BAKER
Attorney at Law
306 East Randol Mill
Arlington, Texas 76011
SBN 24063565
Phone 214-935-1439
Fax 214-935-1439
Attorney for Appellant

CERTIFICATE OF SERVICE

I, TIFANEE BAKER, hereby certify that a true and correct copy of the above and foregoing has been mailed to Susan Hawk, Dallas County District Attorney, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207.

Dated: December 28, 2015

*Tifanee Baker*

TIFANEE BAKER